UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVONNA MATHIS,

        Plaintiff,        Case No. 1:20-cv-712

v.        Hon. Paul L. Maloney

UNITED STATES ATTORNEY GENERAL,

        Defendant.
_____/

## JUDGMENT

The Court dismissed this lawsuit for lack of jurisdiction. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date: August 13, 2020        /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge